UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:  MATTHEW JAMAL JACKSON
        Debtor

CASE NO:  11-32058


## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW INTO COURT comes E. Eugene Hastings, the Chapter 13 Trustee, who respectfully objects to the confirmation of the Chapter 13 plan proposed by the debtor(s) in the above referenced bankruptcy case for the following reasons:

1.

The plan as submitted cannot be confirmed because the debtors' plan payment of $264.00 is not sufficient to cover the proposed monthly attorney fee payments of $329.00 and the monthly Trustee Fee.

WHEREFORE, the Chapter 13 Trustee moves for an order denying confirmation of the plan and granting the debtor a reasonable period of time to submit a modified plan which cures the objections raised herein and/or dismissing this case and for any and all other relief to which the Chapter 13 Trustee may be entitled under the premises.

Respectfully submitted,

/s/E. Eugene Hastings
E. Eugene Hastings, LA Bar Roll #14360
Post Office Box 14839
Monroe, Louisiana 71207
Phone (318) 651-7733
Telecopier (318) 651-7742


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection has this day been served upon the debtor and the debtors' attorney by placing of the same in the United States Mail, postage prepaid and properly addressed to the addresses of record in this case.
Thus done and signed on the ___6___ day of December, 2011.

/s/E. Eugene Hastings
E. Eugene Hastings