IN RE: MATTHEW JAMAL JACKSON                    CASE NO. 11-32058

## EX PARTE MOTION TO DISMISS CASE WITH A FINDING UNDER 11 USC 109(g) FOR FAILURE TO COMPLY WITH AN ORDER OF THE COURT

NOW INTO COURT comes E. Eugene Hastings, Chapter 13 Trustee, who moves for the dismissal of the above captioned bankruptcy case with a finding under 11USC 109(g) for the following reasons:

1.

The order of this Honorable Court dated <u>January 11, 2012,</u> directed the debtor(s) to do the following:

  __X__   Pay the Chapter 13 Trustee the sum of $<u>**792.00 on or before January 26, 2012**</u> to bring plan current; and/or

_____  File and notice an amended "4 corners" plan and pay pursuant to that amended plan; or

_____  Voluntarily dismiss this Chapter 13 case; or

_____  Convert this Chapter 13 case to a Chapter 7 case;

_____  Other:_____

and the said order stated that if the debtor(s) failed to do so, then this case would be dismissed ex parte and with a finding under 11 USC 109 (g) prohibiting the debtor from filing any type of bankruptcy for a period of six months.

2.

In violation of the above order, the debtor has failed to do the following:

  __X__   Pay the Chapter 13 Trustee the sum of $<u>**792.00 on or before January 26, 2012**</u> to bring plan current; and/or

_____  File and notice an amended "4 corners" plan and pay pursuant to that amended plan; or

_____  Voluntarily dismiss this Chapter 13 case; or

_____  Convert this Chapter 13 case to a Chapter 7 case;

_____  Other:_____

WHEREFORE, E. Eugene Hastings, Chapter 13 Trustee, respectfully prays that the above captioned bankruptcy case be dismissed with a finding under 11USC 109(g) prohibiting the debtor(s) from filing a petition in bankruptcy and/or otherwise seeking relief under any Chapter of the United States Bankruptcy Code for a period of six months.

Respectfully Submitted,

/s/E. Eugene Hastings
E. Eugene Hastings
La. Bar No. 14360
PO Box 14839
Monroe, LA 71207

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served on the following:

Debtor:

**Matthew Jamal Jackson**
525 Melton Drive
Ruston, LA 71270

Attorney for Debtor:

**Young & Dunlap, Attys.**
PO Box 1125
Monroe, LA 71210

by placing same in the United States Mail, postage prepaid this the 31 day of January, 2012.

/s/E. Eugene Hastings
E. Eugene Hastings
Chapter 13 Trustee