UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:  MATTHEW JAMAL JACKSON

CASE NO.:11-32058
CHAPTER 13

**TRUSTEE'S RESPONSE TO MOTION TO REINSTATE**

NOW INTO COURT, through undersigned counsel, comes the Standing Chapter 13 Trustee,

E. Eugene Hastings, and respectfully represents:

1.

This case commenced October 21, 2011, with the filing of a Voluntary Petition. A Chapter

13 Plan was filed October 24, 2011.

2.

Confirmation hearing was held January 11, 2012 and an Order was entered conditionally

granting confirmation of debtor's October 21, 2011 plan with stipulations. Debtor was granted 15

days to pay current in the amount of $792.00 on or before January 26, 2012. Debtor failed to comply

with the Order. Debtor did not make a payment until February 14, 2012 in connection with debtor's

Motion to Reinstate, which was well after the Order date. This is the only payment received from

the debtor in this case. On January 31, 2012, the Trustee filed an ex parte Motion to Dismiss Case.

An Order was entered February 1, 2012, dismissing debtor's case with a 109(g) finding.

3.

On February 10, 2012, a Motion to Reinstate was filed. The Trustee objects to reinstatement

of debtor's case. Although funds were attached the Motion to Reinstate of February 13, 2012, these

funds are the only funds received in this case since commencement. The payment does not comply

with the Order of 1/11/12 and the T'ee continues to oppose reinstatement.

**WHEREFORE**, the Standing Chapter 13 Trustee requests the Motion to Reinstate

Case be denied; and for such other general and equitable relief which he is entitled.

Respectfully submitted,

E. EUGENE HASTINGS
Chapter 13 Trustee
403 Walnut Street
Monroe, Louisiana 71201
Phone: (318) 651-7733
Fax: (318) 651-7742

Jennifer R. Hugenbruch, La. Bar Roll #33,795

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

IN RE:　　　MATTHEW JAMAL JACKSON　　　CASE NO.:11-32058
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Trustee's Response to Motion to Reinstate Case has been mailed first class, postage prepaid, from Monroe, Louisiana, on this ____13____ day of March, 2012, to:

Matthew Jamal Jackson
525 Melton Dr.
Ruston, LA 71270

Elijah Orum Young
P.O. Box 1125
Monroe, LA 71210

Office of the United States Trustee
300 Fannin Street, Suit 3196
Shreveport, LA 71101