**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

IN RE:  MATTHEW JAMAL JACKSON                    CASE NO: 11-32058

---

**TRANSMITTAL AND DEPOSIT OF
UNCLAIMED FUNDS**

Now into Court, comes E. Eugene Hastings, Standing Chapter 13 Trustee, who reports the

following:

1.

That pursuant to Code Section 347(a) ninety days or more has passed since final distribution

was made under 11 U.S.C. in certain cases, and pursuant to Rule 3011, the name of the persons

whom such unnegotiated distribution checks were issued, the amount of the check and the

debtor(s)/creditor(s) last known address is as follows:

**MATTHEW JAMAL JACKSON
525 MELTON DR
RUSTON, LA  71270**

2.

Your Trustee's check for $793.00 payable to the Clerk, U.S. Bankruptcy Court, has been

mailed.

Respectfully submitted this 29th day of June, 2012.

/s/ E. Eugene Hastings
E. EUGENE HASTINGS
STANDING TRUSTEE CHAPTER 13
PO BOX 14839
MONROE, LA  71207
(318)651-7733